# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA, et al., | Case No.: EDCV 09-2166 DSF (SSx) |
| Plaintiffs, | |
| vs. | JUDGMENT |
| CHASE HOME FINANCE, LLC, and DOES 1-20, | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: October 17, 2012

_____
Dale S. Fischer
United States District Judge